## McGinnis *v.* Zakour, Appellant.

Argued March 20, 1967. Before Bell, C. J., Mus-MANNO, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Thomas R. Ceraso*, with him *Scales & Shaw*, for appellants.

*Samuel M. Rosenzweig*, with him *David W. Cook*, and *Rosenzweig and Rosenzweig*, for appellee.

Opinion by Mr. Justice Cohen, April 18, 1967:

This is an action in equity praying for specific performance of a contract for the sale of real estate. The lower court, by its decree, required defendants to perform by executing and delivering a general warranty deed conveying the property to the plaintiffs.

We affirm the decree and return the record to the lower court so that it may take the steps necessary to enforce its decree, or any amended decree that it might enter in order to effectuate its determination.

Decree affirmed at appellants' cost.